UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

ARLENE QUINONES,

                          Plaintiff,

            - against -

FIRST UNUM LIFE INSURANCE
COMPANY,

                        Defendant.

------------------------------------------------------- X

**OPINION AND ORDER**

10 Civ. 8444 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

      The Clerk of the Court is directed to close this case.

1


SO ORDERED:

*[signature]*

Shira A. Scheindlin
USDJ

Dated:   New York, New York
         March 11, 2011

## - APPEARANCES -

**For Plaintiff:**

Carl E. Person, Esq.
325 W. 45th St., Suite 201
New York, NY 10036
(212) 307-4444

Marc Stanley Whitehead, Esq.
Marc Whitehead & Associates, LLP
5300 Memorial Drive, Suite 725
Houston, TX 77007
(713) 228-8888

**For Defendant:**

Randi Faith Knepper, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street, 17th Floor
Newark, NJ 07102
(973) 993-8100